**STATE of Missouri, Respondent,**

v.

**Adrian COLLINS, Appellant.**

**No. WD 52568.**

Missouri Court of Appeals, Western District.

Submitted Feb. 4, 1997.

Decided April 8, 1997.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and SMART and EDWIN H. SMITH, JJ.

*ORDER*

PER CURIAM.

Adrian Collins appeals his conviction of first degree murder and armed criminal action, for which he was sentenced to life imprisonment without parole and life imprisonment, respectively.

Having carefully considered his contentions on appeal, the court affirms the judgment. The decision is without precedential

value. A memorandum of the reasons for the decision has been furnished the parties.

Judgment affirmed. Rule 30.25(b).